(KDR)

**PROBATE COURT OF HAMILTON COUNTY, OHIO**

| | |
|---|---|
| JENNIFER CURTIS, ADMINISTRATOR OF THE ESTATE OF CAWLENA ENGLISH, DECEASED<br>9146 Cincinnati Columbus Road<br>West Chester, Ohio 45069<br><br>Plaintiff<br><br>vs.<br><br>Doug Glispy<br>1818 S. Crystal Springs Rd.<br>Tacoma, WA 98465<br><br>And<br><br>Bradford English<br>5630 Winton Road #11<br>Cincinnati, OH 45232<br>And<br><br>Sharon Lewis, Ward<br>c/o Melissa English<br>10449 Zocalo Dr.<br>Cincinnati, Ohio 45251<br><br>And<br><br>Deborah Lewis<br>6255 Betts Avenue<br>Cincinnati, OH 45224<br><br>And<br><br>Shelton English<br>5630 Winton Road #11<br>Cincinnati, OH 45232 | Case No. **2023003849**<br><br>Estate Case No. 2022004667<br><br>Judge WINKLER<br><br>**COMPLAINT TO SELL REAL ESTATE**<br><br><br><br><br>**FILED**<br>COURT OF COMMON PLEAS, PROBATE<br>RALPH WINKLER, JUDGE<br>**30 Aug 2023 AM 09:33**<br>CONFIRMATION # 1070694 |

601.00

|   |   |
|---|---|
| And | : |
|   | : |
| Kevin English | : |
| 6253 Betts Avenue | : |
| Cincinnati, OH 45224 | : |
|   | : |
| And | : |
|   | : |
| Jim English | : |
| 5903 Thornhill Avenue | : |
| Cincinnati, OH 45224 | : |
|   | : |
| And | : |
|   | : |
| Melissa English | : |
| 10449 Zocalo Dr. | : |
| Cincinnati, OH 45251 | : |
|   | : |
| And | : |
|   | : |
| Jill Schiller, Hamilton County Treasurer | : |
| 138 East Court Street #402 | : |
| Cincinnati, Ohio 45202 | : |
|   | : |
| And | : |
|   | : |
| Scott Crowley, Hamilton County Recorder | : |
| 138 East Court Street #205 | : |
| Cincinnati, Ohio 45202 | : |

---

Plaintiff, by and through counsel, hereby state as follows:

1. Plaintiff Jennifer Curtis, is the duly appointed, qualified and acting Administrator of the estate of Cawlena English, deceased.

2. Said decedent died holding an undivided fee simple interest of the entire following described real estate proposed to be sold, situated in the City of Cincinnati, in the County of Hamilton and the State of Ohio, to-wit: Situated in Section 5, Township 2, Entire Range 1, Columbia Township, Hamilton County, and being more particularly described as follows: Being all of Lot Number Seven (7), Section 2m Block A, Lake Gloria Subdivision, as the same if recorded in Plat Book 83, Pages 71 and 72m Hamilton County, Ohio Recorder's Office.

3. The Defendants Doug Glispy, Bradford Lewis, Sharon Lewis, Ward, Deborah Lewis, Shelton Lewis, Kevin English, Jim English and Melissa English are the Decedent's children and are entitled to share in the estate of said Decedent upon distribution.

4. The Defendant, Jill Schiller Hamilton County Treasurer, has or may claim to have an interest in said real estate by reason of real estate taxes and assessments thereon.

5. The Defendant, Scott Crowley Hamilton County Recorder, has or may claim to have an interest in said real estate by reason of real estate taxes and assessments thereon.

6. The Plaintiff represents that it is necessary to sell said real estate in order to pay the debts of the estate.

7. It is in the best interest of the Estate to employ a real estate broker to assist in said sale and to pay broker commissions customary in the vicinity of the real estate.