**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JENNIFER CURTIS,
Administrator of the Estate of
Cawlena English,

      Plaintiff,

          v.                            Case No.   1:24cv126

DEBORAH LEWIS, et al.

      Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 22, 2024 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 5) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge, Ms. Lewis's petition for removal of a state probate court action to this federal court is **DENIED**. This matter is **DISMISSED** from the docket of the Court. This matter is **REMANDED** to the state probate court. *See* 28 U.S.C. § 1447(c). The Court certifies pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore denies Ms. Lewis leave to appeal *in*

1

*forma pauperis*. Ms. Lewis should be advised that she remains free to apply to *proceed*

*in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800,

803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.*, 105 F.3d

274, 277 (6th Cir. 1997).

  **IT IS SO ORDERED.**


         *s/Michael R. Barrett*
         Michael R. Barrett, Judge
         United States District Court