UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER CURTIS,
Administrator of the Estate of
Cawlena English,

    Plaintiff,

        v.                            Case No.   1:24cv126

DEBORAH LEWIS, et al.

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**: Consistent with the recommendation by the Magistrate Judge, Ms. Lewis's petition for removal of a state probate court action to this federal court was denied. This matter was dismissed from the docket of the Court. This matter was remanded to the state probate court. *See* 28 U.S.C. § 1447(c). The Court certified pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore denied Ms. Lewis leave to appeal *in forma pauperis*. The Court advised Ms. Lewis that she remains free to apply to *proceed in forma pauperis* in the Court of Appeals.

Date: April 9, 2024                      Richard W. Nagel, Clerk
                                                  Clerk

                                      By:    *s/ Krista Zeller*
                                                    Deputy Clerk